IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| SRC LABS, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:17-cv-1227 |
| v. ) | Hon. Liam O'Grady |
| ) | |
| AMAZON WEB SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter comes before the Court on Defendants' Motion to Transfer Venue to the Western District of Washington. Dkt. 38. The motion has been fully briefed and the Court dispensed with oral arguments. This litigation is closely related to the litigation in case 1:17-cv-1172, involving the same plaintiffs and the same patents. The Court has transferred 1:17-cv-1172 to the Western District of Washington. In that companion matter, the Court found that plaintiffs' choice of forum was entitled to little deference and that the other 28 U.S.C. § 1404 factors heavily favored transfer.

In this case, venue is proper in the Western District of Washington because defendants' principal places of business are located in the Western District of Washington and that district would be the hub of the alleged infringement activity. *See Symbology Innovations, LLC v. Lego Sys., Inc.*, No. 2:17-CV-86, 2017 WL 4324841, at *13 (E.D. Va. Sept. 28, 2017). For the reasons cited in this Court's referenced opinion in the companion matter, the Court finds that plaintiffs are entitled to minimal deference to their chosen forum in this litigation. The Court finds that the interests of justice, specifically judicial economy and ensuring consistent rulings, compel transfer

of this case to the Western District of Washington so that the cases may be handled by the same court.[1] *See Byerson v. Equifax Info. Servs., LLC*, 467 F. Supp. 2d 627, 635 (E.D. Va. 2006). The Court reviewed the additional materials plaintiffs filed on February 23, 2018, but finds that allegations that an infringing product is present on a large number of current (and future) servers in this district is not enough to anchor venue where venue is appropriate in another district under 28 U.S.C. § 1400(b) and where the § 1404 factors, as a whole, favor transfer.

Accordingly, for these reasons and for good cause shown, the Motion to Transfer Venue is **GRANTED**. This case is transferred to the Western District of Washington.

It is so **ORDERED**.

February 26, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge

---

[1] On October 26, 2017, this case was returned to the Alexandria Division of the Eastern District of Virginia in the same interests of justice. Dkt. 7.